# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: February 24, 2014 |
| Court Reporter: Janet Coppock | Time: 53 minutes |
| Probation Officer: Gary Kruck | Interpreter: n/a |

**CASE NO.  13-CR-00286-PAB**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Dondi Osborne |
| Plaintiff, | |
| vs. | |
| **BEN CHRISTOPHER WATTS, III,** | David Johnson |
| Defendant. | |

## SENTENCING

**2:32 p.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.  Ms. Obsorne appears via video conference. Defendant is present and in custody.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
13-CR-00286-PAB
February 24, 2014

Court addresses the defendant's objections to the presentence investigation report.

Argument by Mr. Johnson in support of the defendant's objections and the defendant's Conditional Motion for Below-Guideline, Downward Variance Sentence.

Argument by Ms. Osborne regarding the defendant's objections and the Government's Motion for Non-Guideline Sentence.

Further argument by Mr. Johnson.

Mr. Johnson addresses sentencing.

Ms. Osborne addresses sentencing.

Defendant addresses the Court.

Court states its findings and conclusions.

**ORDERED:** Defendant's Conditional Motion for Below-Guideline, Downward Variance Sentence [Docket No. 39] is **DENIED as MOOT**.

**ORDERED:** Government's Motion for Non-Guideline Sentence [Docket No. 40] is **DENIED as MOOT**.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered his plea on **September 12, 2014** to count **2 of the Indictment.**

**ORDERED:** Defendant's Plea Agreement is **ACCEPTED.**

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:** Defendant shall be **imprisoned** for **70** months.

Court RECOMMENDS that the Bureau of Prisons place the defendant at a facility with a substance abuse program and that the defendant take advantage of that program.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

Page Three
13-CR-00286-PAB
February 24, 2014

**ORDERED:** **Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.
- (**X**) Defendant shall not unlawfully possess a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- () Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

**ORDERED:** **Special Condition** of Supervised Release that:
- (**X**) Defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. (Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (**X**) Defendant shall participate in and successfully complete a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant will be required to pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release psychological reports and/or the    presentence report to the treatment agency for continuity of treatment.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Government's Motion for Decrease for Acceptance of Responsibility [Docket No. 30] is **GRANTED.**

**ORDERED:** Government's Motion to Dismiss Count 2 of the Indictment [Docket No. 31] is **GRANTED.**

Page Four
13-CR-00286-PAB
February 24, 2014

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**3:25 p.m.    COURT IN RECESS**

**Total in court time:    53 minutes**

**Hearing concluded**