IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 13-cr-00286-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. BEN CHRISTOPHER WATTS III,

    Defendant.

---

## ORDER
---

This matter is before the Court on the Government's Motion to Dismiss Count Two of the Indictment [Docket No. 31]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Government's Motion to Dismiss Count Two of the Indictment [Docket No. 31] is granted. Count Two of the Indictment is dismissed.

DATED February 24, 2014.

                BY THE COURT:

                _____
                PHILIP A. BRIMMER
                United States District Judge